## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ERICK FELAN** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.  5:17-cv-00250-XR** |
| | § | |
| | § | |
| **CAZILA DORIN and KENNESAW** | § | |
| **TRANSPORTATION, INC.** | § | |
| *Defendant* | § | |

### STIPULATION OF DISMISSAL

It is hereby stipulated by the parties appearing in the above-styled lawsuit that the claims

of Plaintiff against Defendants be dismissed with prejudice.  The parties request from the Court

an Order that Plaintiff take nothing, and that all costs of court be taxed against the party incurring

same.

Dated: September 28, 2017

Respectfully submitted,

LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Telephone No. :  (361) 985-0600
Telecopier No. :  (361) 985-0601

By: _____

THOMAS J. HENRY
State Bar No. 09484210
Reggie Blakeley
State Bar No. 24285740
rblakeley-svc@tjhlaw.com

ATTORNEYS FOR PLAINTIFF

and

**dc&m** | Davis, Cedillo & Mendoza, INC.
ATTORNEYS AT LAW

McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone No.: (210) 822-6666
Telecopier No.: (210) 822-1151

By: *Ronald E. Mendoza*

RONALD E. MENDOZA
State Bar No. 13937700
rmendoza@lawdcm.com
BRANDON E. STREY
State Bar No. 24084969
bstrey@lawdcm.com

ATTORNEYS FOR DEFENDANTS